IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**WILLIE RUSHING**   **PLAINTIFF**

**v.**   **No. 1:06CV251-P-A**

**DETECTIVE LARRY TAYLOR, ET AL.**   **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant *pro se* prisoner complaint filed under 42 U.S.C. § 1983 is hereby **DISMISSED** for failure to exhaust state administrative remedies.

**SO ORDERED,** this the 6th day of November, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE